CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

SEP 1 2 2012

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
Roanoke Division

| | |
|---|---|
| CHARLES J. ADAMS, : | |
| *Plaintiff,* : | |
| v. : | Civil Action No. 7:12-cv-00261 |
| RICHARD D. HAUN, : | |
| EQUIPMENT DESIGN AND : | |
| MANUFACTURING GROUP, LLC, : | |
| d/b/a ED&M DEEPWATER : | |
| ENGINEERING, *a Texas* : | |
| *limited liability company,* : | |
| HELIX ENERGY SOLUTIONS GROUP, : | |
| INC., *a Minnesota corporation,* : | |
| and : | |
| CAMERON INTERNATIONAL : | |
| CORPORATION, *a Delaware* : | |
| *corporation,* : | |
| *Defendants.* : | |

## STIPULATED DISMISSAL ORDER FOR DEFENDANTS, RICHARD D. HAUN AND EQUIPMENT DESIGN AND MANUFACTURING GROUP, LLC

Plaintiff, Charles J. Adams, by counsel, hereby represents to the Court that the Plaintiff and Defendants, Richard D. Haun and Equipment Design and Manufacturing Group, LLC, have agreed to dismiss the above styled matter without prejudice.

Upon consideration of the foregoing, it is hereby ORDERED that this action be, and the same hereby is, <u>dismissed without prejudice</u> as to the Defendants, Richard D. Haun and Equipment Design and Manufacturing Group, LLC.

SO ORDERED this /2th day of September, 2012.

_____
United States District Court Judge

SO STIPULATED AND AGREED:

_____/s/ Vernon E. Inge, Jr._____
Vernon E. Inge, Jr.
Virginia Bar No. 32699
Attorney for Plaintiff, Charles J. Adams
LeClairRyan, A Professional Corporation
Riverfront Plaza, East Tower
951 East Byrd Street (ZIP – 23219)
Post Office Box 2499
Richmond, Virginia 23218-2499
Telephone: (804) 343-4095
Fax: (804) 783-7632
E-Mail: vernon.inge@leclairryan.com


_____/s/ Michael S. Whitlow_____
Michael S. Whitlow, Esq.
Virginia Bar No. 38320
Attorney for Defendants, Richard Haun and Equipment Design and Manufacturing Group, LLC d/b/a ED&M Deepwater Engineering
Whitlow & Youell, PLC
Post Office Box 779
Roanoke, Virginia 24004
Telephone: (540) 904-7835
Facsimile:(866) 684-7835
E-Mail: mwhitlow@whitlowyouell.com